Sam S. Leslie
6310 San Vicente Boulevard, Suite 320
Los Angeles, CA 90048-5426
Telephone:   (323) 549-6900
Facsimile: (323) 549-6905

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:09-11394-ER |
| ARONSON, TARA DIANE | Chapter 7 |
| Debtor. | **NOTIFICATION OF ASSET CASE** |
| | {No Hearing Required} |

TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Sam S. Leslie, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: August 6, 2009

_____
SAM S. LESLIE
Chapter 7 Trustee