# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Tara Diane Aronson
**SSN:** xxx−xx−3394
**EIN:** N/A

17271 Avenida de la Herradura
Pacific Palisades, CA 90272−2004

**BANKRUPTCY NO.** 2:09−bk−11394−ER
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim <u>on or before</u> November 9, 2009.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A proof of claim form is on the reverse side of this notice.

Dated: August 14, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form ntcpdiv rev. 5/96) VAN−10

**43 − 36 / LS**