# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Tara Diane Aronson
**SSN:** xxx–xx–3394
**EIN:** N/A

17271 Avenida de la Herradura
Pacific Palisades, CA 90272–2004

**BANKRUPTCY NO.** 2:09–bk–11394–ER
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim _on or before_ November 9, 2009.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A proof of claim form is on the reverse side of this notice.

Dated: August 14, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form ntcpdiv rev. 5/96) VAN–10

**43 – 36 / LS**

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Central District Of California | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: Tara Diane Aronson | Case Number: 2:09-11394-ER |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**       $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
       (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
       (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**  ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
   **Describe:**

   **Value of Property: $**_____ **Annual Interest Rate**\_\_\_%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $**_____ **Basis for perfection:** _____

   **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(\_\_).

**Amount entitled to priority:**

$_____

*\*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---__DEFINITIONS__--- _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: khernande             Page 1 of 3                   Date Rcvd: Aug 14, 2009
Case: 09-11394                 Form ID: ntcpdiv            Total Noticed: 133

The following entities were noticed by first class mail on Aug 16, 2009.
db             Tara Diane Aronson,    17271 Avenida de la Herradura,    Pacific Palisades, CA  90272-2004
aty           +Barry R Wegman,    Law Offices of David A Tilem,    206 N Jackson St Ste 201,
                Glendale, CA 91206-4330
aty           +David W Brody,    Law Offices of David W Brody,    9404 Genesee Ave Ste 320,
                La Jolla, CA 92037-1355
aty           +Lawrence C Meyerson,    578 Washington Blvd  Ste 867,    Marina del Rey, CA 90292-5442
aty            Peter M Lively,    The Law Offices of Peter M Lively,    11965 Venice Blvd Ste 301,
                Los Angeles, CA  90066-3977
tr            +Sam S Leslie,    Leslie, Engell & Associates LLP,    6310 San Vicente Blvd., Suite 320,
                Los Angeles, CA 90048-5499
smg            Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA  94280-0001
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
ust           +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
cr            +UNION BANK, N.A.,    c/o Law Offices of David W. Brody,    9404 Genesee Avenue, Suite 320,
                La Jolla, CA 92037-1355
22869531      +ALLIEDLNTERSTATE,    3000 CORPORATE EXCHANGE DR 5TH FLOOR,    COLUMBUS OH 43231-7723
22869533       AMERICAN EXPRESS,    PO BOX 105278,    ATLANTA GA 30348-5278
23451577       AMERICAN EXPRESS,    C/O NCO,    PO BOX 15456,    WILMINGTON, DE 19850-5456
22869535      +ANDREWS LAW 8 MEDIATION,    1541 OCEAN AVENUE SUITE 200,    SANTA MONICA CA 90401-2104
23451630      +ANGELA DE VERA,    C/O LOWELL STEIGER, ESQ,    8383 WILSHIRE BLVD 830,
                BEVERLY HILLS, CA 90211-2445
22869536      +ARNOLD KAREN 8 JERRY,    16646 CALLE JERMAIN,    PACIFIC PALISADES CA 90272-1938
23450736      +ARONSON, CHRISTOPHER W,    3034 INGLEWOOD BVLD,    LOS ANGELES, CA 90066-1009
22869537       ARROW FINANCIAL SERVICESLCENTRAL CREDIT SERVICES I,     PO BOX 15118,    JACKSONVILLE FL  32239-5118
23545272      +American Express,    c/o Law Offcs of Patenaude & Felix,    4545 Murphy Canyon Rd,   3rd Flr,
                San Diego CA 92123-4363
23450726      +BAHAMAS MARKETING Group,    5700 Broadmoor St,    Mission KS 66202-2426
23450727      +BANK OF AMERICA,    C/O NATIONWIDE CREDIT INC,    2015 VAUHHN RD NW, STE 400,
                KENNESAW, GA 30144-7802
22869538      +BEST ALLIANCE FORECLOSURE AND LIEN SERVICES,    16133 VENTURA BLVD SUITE 700,
                ENCINO CA 91436-2406
23450728       CAPITAL ONE,    C/O NCO FINANCIAL SERVICES,    PO BOX 8969 DEPT 61,    WESTBURY, NY 11590-8969
23450740      +CAPITAL ONE,    C/O ARC,    PO BOX 469046,    ESCONDIDO, CA 92046-9046
22869543       CHGO IMAGING ASSOC LLC/SJH,    36515 TREASURY CENTER,    CHICAGO IL  60694-6500
22869540       CIR LAW OFFICES,    PO BOX 23189,    SAN DIEGO CA  92193-3189
22869542      +CMRE FINANCIAL SERVICES INC,    3075 E IMPERIAL HWY 200,    BREA CA 92821-6753
22869541       COMMERCIAL RECOVERY SYSTEMS INC,    8035 EAST RL THORNTON SUITE 220,    PO BOX 570909,
                DALLAS TX  75357-0909
22869544       CONTINENTAL FINANCE,    PO BOX 30311,    TAMPA FL  33630-3311
23545275      +Capital One Bank,    c/o Cir Law Off,    8665 Gibbs Dr #150,    San Diego CA 92123-1739
23545279      +Chase,    Pob 78035,    Phoenix AZ 85062-8035
23545282      +Christopher Aronson,    c/o Ilene E Trabolsi,    2530 Wilshire Blvd Ste 200,
                Santa Monica CA 90403-4663
23545276      +Christopher W Aronson,    3034 Inglewood Blvd,    Los Angeles CA 90066-1009
23545283      +Citi Cards,    Pob 6000,    The Lakes NV 89163-0001
22869545      +DESIGNED RECEIVABLE SOLUTIONS INC,    1 CENTERPOINTE DR SUITE 450,    LA PALMA CA 90623-1089
22869546      +EMERGENCY PHYS MGMT SRVS LLC,    PO BOX 366,    HINSDALE IL 60522-0366
22869547      +ER SOLUTIONS INC,    800 SW 39TH ST,    PO BOX 9004,    RENTON WA 98057-9004
23450731       FEDERAL EXPRESS,    C/O ABC COLLECTIONS,    1100 MAIN STREET,    BUFFALO, NY 14209-2356
23545284      +Franchise Tazx Board,    Attn: Bankruptcy,    Pob 2952,    Sacramento CA 95812-2952
23545288       GE Capital,    address unknown,    San Antonio TX 78201
23545287      +Gap,    c/o LVNV Funding,    Pob 3038,    Evansville IN 47730-3038
23545286       Gap,    Pob 981064,    Wilmington DE 19850
22869550      +HAMMERS AND BALTAZAR LLP,    1410 2D STREET SUITE 302,    SANTA MONICA CA 90401-3350
22869551      +HENNEY LYNNE AND DAVID,    1714 CHASTAIN PARKWAY,    PACIFIC PALISADES CA 90272-1934
23545290      +HFC,    c/o LVNV Funding,    Pob 3038,    Evansville IN 47730-3038
22869553       HIGH-DESERT CREDITORS SERVICE,    14608 MAIN STREET SUITE D,    HESPERIA CA  92345-3381
23451578      +HIGHLAND HOA,    C/O BEST ALLIANCE FORECLOSURE & LIEN SER,    16133 VENTURA BLVD. STE 700,
                ENCINO, CA 91436-2406
23450733       HSBC,    C/O HAB INC,    POBOX 34111,    MEMPHIS, TN 38184-0111
23545292      +HSBC Card Srvcs,    c/o RAB Inc,    Pob 34111,    Memphis TN 38184-0111
23450735      +HUGH A LIPTYON, LIPTON & MARGOLIN,    11320 MAGNOLIA BLVD,    NORTH HOLLYWOOD, CA 91601-3705
22869549      +ILENE EVANS TRABOLSI ESQ,    2530 WILSHIRE BOULEVARD SUITE 200,    SANTA MONICA CA 90403-4663
23450734       IMAGINE M/C,    C/O MCM,    DEPT 12421, POX 603,    OAKS, PA 19456
23545293       Imagine Gold MasterCard,    Credit CArd,    Pob 105555,    Atlanta GA 30348-5555
22869554      +JEFFERSON CAPITAL SYSTEMS LLC,    16 MCLELAND ROAD,    ST CLOUD MN 56303-4725
23450729       JP MORGAN CHASE,    300 S GRAND AVE 4TH AVE,    LOS ANGELES, CA 90071
23409849      +KAREN AND JERRY ARNOLD,    16646 CALLE JERMAINE,    PACIFIC PALISADES CA 90272-1938
23545295      +Kym Milburn,    2841 Canon St Ste G,    San Diego CA 92106-2779
23545296      +L A County Treasurer & Tax Collc,    Pob 54018,    Los Angeles CA 90054-0018
22869555      +LAPIDUS AND LAPIDUS PLC,    177 SOUTH BEVERLY DRIVE,    BEVERLY HILLS CA 90212-3002
22869557      +LAW OFFICES OF PATENAUDE AND FELIX APC,    4545 MURPHY GANYON ROAD 3D FLOOR,
                SAN DIEGO CA 92123-4391
22869558      +LINK K SCHWARTZ,    1925 CENTURY PARK EAST SUITE 2350,    LOS ANGELES CA 90067-2737
22869559      +LIPTON HUGH A ESQ,    11320 MAGNOLIA BLVD,    NORTH HOLLYWOOD CA 91601-3705
23450744       LIU, ZHENG K PROF CORP,    PO BOX 400487,    LAS VEGAS, NV 89140-0487
23451580      +LORI ANN MUSTO, DO,    881 ALMA REAL DR. STE 110,    PACIFIC PALISADES, CA 90272-5008
22869560      +MAHMOODI MIKE AND FARAH,    1829 CHASTAIN PARKWAY EAST,    PACIFIC PALISADES CA 90272-1937
23450741       MAHMOODI, MIKE AND FARAH,    18209 CHASTAIN PARKWAY,    PACIFIC PALISADES, 90272
22869561      +MEDICAL IMAGING CTR SC,    2811 WILSHIRE BLVD,    SANTA MONICA CA 90403-4803
22869562      +MEDICWEST AMBULANCE INC,    PO BOX 3429,    MODESTO CA 95353-3429
23450739      +MILBURN, KYM,    2841 CANON ST., STE G,    SAN DIEGO, CA 92106-2779
```

```
District/off: 0973-2                  User: khernande                Page 2 of 3                   Date Rcvd: Aug 14, 2009
Case: 09-11394                        Form ID: ntcpdiv               Total Noticed: 133

23545298      +Michael J Peragine,    7301 Vista Del Mar Unit A105,    Playa Del Rey CA 90293-7670
22869564       NATIONWIDE CREDIT INC,    2015 VAUGHN RD NW SUITE 400,    KENNESAW GA 30144-7802
22869566       NCO FINANCIAL SYSTEMS INC,    PO BOX 15894,    WILMINGTON DE 19850-5894
22869565      +NCO FINANCIAL SYSTEMS INC,    1804 WASHINGTON BLVD MAILSTOP 450,    BALTIMORE MD 21230-1700
22869567       NORTH FRESNO EMER MED GRP,    PO BOX 28951,    FRESNO CA 93729-8951
23451574       NORTH FRESNO EMERG MED GROUP,    C/O HIGH DESERT CREDITORS,    14608 MAIN ST STE D,
                 HESPERIA, CA 92345-3381
23545300      +North Fresno Emergency Medical Grp,    c/o High Desert Creditors,    14608 Main St Ste D,
                 Hesperia CA 92345-3381
23450743      +PALISADES DERMATOLOGY,    970 MONUMENT ST STE 114,    PACIFIC PALISADES, CA 90272-3874
22869568      +PATENAUDE FELIX APC,    4545 MURPHY CANYON ROAD 3D FLOOR,    SAN DIEGO CA 92123-4391
22869569       PAYMENT AMERICA SYSTEMS,    450 TENTH CIRCLE NORTH,    PO BOX 24850,    NASHVILLE TN 37202-4850
22869570      +PERAGINE MICHAEL J,    7301 VISTA DEL MAR A105,    PLAYA DEL REY CA 90293-7670
23450742       PREMIER BANK CARD,    C/O ARM,    PO BOX 129,    THORFARE, NU 08086-0129
22869571       PRIORITY BILLING SERVICE,    PO BOX 1903,    OAKHURST CA 93644-1903
22869572       RAB INC,    PO BOX 34111,    MEMPHIS TN 38184-0111
22869573      +SAINT AGNES MEDICAL CENTER,    1303 EAST HERNDON AVE,    FRESNO CA 93720-3309
22869574       SAINT JOHNS EMERGENCY MED SPEC,    PO BOX 12079,    WESTMINSTER CA 92685-2079
22869575       SAINT JOHNS HEALTH CENTER,    DEPT 0441,    LOS ANGELES CA 90084-0441
23451572      +SAINT JOHNS TOWER IMAGING,    C/O CMRE,    3075 E IMPERIAL HWY #200,    BREA, CA 92821-6753
22869576       SAINT JOSEPH HOSPITAL,    2900 NORTH LAKE SHORE DRIVE,    CHICAGO IL 60657-6274
23450738      +SCHWARTS, LINK K LAW CORP,    1925 CENTURY PARK EAST #2350,    LOS ANGELES, CA 90067-2737
23451571       ST JOHN HEALTH CENTER,    DEPT 774, POB 4115,    CONCORD, CA 94524
23451570       ST JOHNS EMERGENCY MEDICINE,    C/O CMRE FINANCIAL SERVICES,    3075 E EMPERIAL HWY #200,
                 BREA, CA 92821-6753
23545302      +Salute,    1000 Atlantic Blvd,    Key West FL 33040-4852
23450737      +THABOLSI, ILENE,    2530 WILSHIRE BLVD STE 200,    SANTA MONICA, CA 90403-4663
23450732      +THE GAP,    C/O JCC,    PO BOX 519,    SAUK RAPIDS, MN 56379-0519
22869577      +UNION BANK OF CALIFORNIA NA,    8155 MERCURY COURT - M-723,    SAN DIEGO CA 92111-1201
23545304      +Union Bank of Ca,    Pob 85643,    San Diego CA 92186-5643
23387214      +Union Bank, Real Estate Servicing,    PO Box 85600,    San Diego CA 92186-5600
22869578       VANDERBILT MEDICAL GROUP,    DEPT AT 40211,    ATLANTA GA 31192-0211
23451573      +VANDERBILT MEDICAL GROUP,    C/O PAS,    450 TENTH CIRCLE NORTH,    PO BOX 24850,
                 NASHVILLE, TN 37202-4850
22869579       VANDERBILT UNIVERSITY,    PATIENT DEPT AT 40118,    ATLANTA GA 31192-0001
23545305      +Vanderbilt Medical Center,    Patient Dept At 40118,    Atlanta GA 31192-0001
23451575      +WASHINGTON MUTUAL BANK,    PO BOX 201079, STA2LOC,    STOCKTON, CA 95201-3026
23451576      +WELLS FARGO CARD SERVICE,    MAC N8235-03D,    PO BOX 9210,    DES MOINES, IA 50306-9210
22869580      +WELLS FARGO FINANCIAL,    1460 NORTHWEST VIVION ROAD,    PO BOX 28724,    KANSAS CITY MO 64188-8724
23451579       WELLS FARGO FINANCIAL INC,    C/O ARROW FINANCIAL SERVICES, LLC,    CENTRAL CREDIT SERVICES, INC,
                 PO BOX 15118,    JACKSONVILLE, FL 32239-5118
22869581      +WEST HILLS HOSPITAL AND MED CNTR,    PO BOX 2175,    WINNETKA CA 91396-2175
22869582      +WHITE ZUCKERMAN WARSAVSKY LUNA WOLF AND HUNT LLP,    14455 VENTURA BLVD 3D FLOOR,
                 SHERMAN OAKS CA 91423-2693
23545306      +Wells Fargo Auto Finance,    Pob 29704,    Phoenix AZ 85038-9704
23545309      +Wells Fargo Bank,    c/o Spiwak & Lezza LLP,    2660 Townsgate Rd #530,
                 Westlake Village CA 91361-5711
23545308      +Wells Fargo Card Srvcs,    Pob 10347,    Des Moines IA 50306-0347
22869583       ZENG K LIU MD PROF CO,    PO BOX 400487,    LAS VEGAS NV 89140-0487
22869584      +ZWICKER AND ASSOCIATES PC,    80 MINUTEMAN ROAD,    ANDOVER MA 01810-1008
The following entities were noticed by electronic transmission on Aug 15, 2009.
tr             +EDI: QSSLESLIE.COM Aug 14 2009 23:48:00      Sam S Leslie,    Leslie, Engell & Associates LLP,
                 6310 San Vicente Blvd., Suite 320,    Los Angeles, CA 90048-5499
smg             EDI: CALTAX.COM Aug 14 2009 23:48:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
                 Sacramento, CA 95812-2952
22869532        EDI: AMEREXPR.COM Aug 14 2009 23:43:00      AMERICAN EXPRESS,    PO BOX 360001,
                 FT LAUDERDALE FL 33336-0001
22869534       +EDI: RMCB.COM Aug 14 2009 23:43:00      AMERICAN MEDICAL COLLECTION AGENCY,
                 2269 S SAW MILL RIVER ROAD BLDG 3,    ELMSFORD NY 10523-3848
23545271       +EDI: AMEREXPR.COM Aug 14 2009 23:43:00      American Express,    Pob 297804,
                 Ft Lauderdale FL 33329-7804
23545273       +EDI: BANKAMER.COM Aug 14 2009 23:43:00      Bank of America,    Pob 15026,
                 Wilmington DE 19850-5026
22869539       +EDI: CHASE.COM Aug 14 2009 23:48:00      CHASE BANK USA NA,    300 S GRAND AVENUE 4TH FLOOR,
                 LOS ANGELES CA 90071-3109
23545274       +EDI: CAPITALONE.COM Aug 14 2009 23:43:00      Capital One Bank,    Pob 30285,
                 Salt Lake City UT 84130-0285
23545280       +EDI: CHASE.COM Aug 14 2009 23:48:00      Chase,    c/o JP Morgan Chase Legal Dept,
                 300 S Grand Ave 4th Flr,    Los Angeles CA 90071-3109
23545278       +EDI: CHASE.COM Aug 14 2009 23:48:00      Chase,    Pob 15298,    Wilmington DE 19850-5298
22869548        EDI: FMAALLIANCE.COM Aug 14 2009 23:43:00      FMA ALLIANCE LTD,    PO BOX 2409,
                 HOUSTON TX 77252-2409
23545285       +EDI: AMINFOFP.COM Aug 14 2009 23:43:00      First Premier Bnk,    Pob 5524,
                 Sioux Falls SD 57117-5524
23545289        EDI: HFC.COM Aug 14 2009 23:43:00      HFC,    Pob 5233,    Carol Stream IL 60197-5233
22869552       +EDI: HFC.COM Aug 14 2009 23:43:00      HFC,    PO BOX 10266,    VIRGINIA BEACH VA 23450-0266
23545291       +EDI: HFC.COM Aug 14 2009 23:43:00      HSBC Card Srvcs,    Pob 81622,    Salinas CA 93912-1622
23545294        EDI: IRS.COM Aug 14 2009 23:43:00      Internal Revenue Srvc,    Pob 21126,    Philadelphia PA 19114
22869556        EDI: PHINPLAZA.COM Aug 14 2009 23:43:00      LAW OFFICES OF MITCHELL N KAY PC,    PO BOX 9006,
                 SMITHTOWN NY 11787-9006
23545297       +EDI: BANKAMER.COM Aug 14 2009 23:43:00      MBNA America,    Pob 15026,    Wilmington DE 19850-5026
22869563        EDI: MID8.COM Aug 14 2009 23:43:00      MIDLAND CREDIT MANAGEMENT INC,    DEPARTMENT 8870,
                 LOS ANGELES CA 90084-8870
```

```
District/off: 0973-2           User: khernande             Page 3 of 3                   Date Rcvd: Aug 14, 2009
Case: 09-11394                 Form ID: ntcpdiv            Total Noticed: 133

The following entities were noticed by electronic transmission (continued)
23545299     +EDI: HFC.COM Aug 14 2009 23:43:00      Neiman Marcus,    Pob 5235,    CArol Stream IL 60197-5235
23545303     +EDI: AISTMBL.COM Aug 14 2009 23:43:00       T Mobile,    Pob 53410,    Bellue WA 98015-3410
23451576     +EDI: WFFC.COM Aug 14 2009 23:43:00      WELLS FARGO CARD SERVICE,    MAC N8235-03D,    PO BOX 9210,
               DES MOINES, IA 50306-9210
22869580     +EDI: WFFC.COM Aug 14 2009 23:43:00      WELLS FARGO FINANCIAL,    1460 NORTHWEST VIVION ROAD,
               PO BOX 28724,    KANSAS CITY MO 64188-8724
23545307     +EDI: CHASE.COM Aug 14 2009 23:48:00      Washington Mutual,    Card Srvcs,    Pob 660487,
               Dallas TX 75266-0487
23545306     +EDI: WFFC.COM Aug 14 2009 23:43:00      Wells Fargo Auto Finance,    Pob 29704,
               Phoenix AZ 85038-9704
23545308     +EDI: WFFC.COM Aug 14 2009 23:43:00      Wells Fargo Card Srvcs,    Pob 10347,
               Des Moines IA 50306-0347
                                                                                                TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Christopher W Aronson
23450730        DECAMP, MARK E,    address unknown,    address unknown
aty*           +Sam S Leslie,    Leslie, Engell & Associates LLP,    6310 San Vicente Blvd., Suite 320,
                Los Angeles, CA 90048-5499
23545277*      +Capital One,    c/o ARC,    Pob 469046,    Escondido CA 92046-9046
23545281*      +Chase,    Pob 15298,    Wilmington DE 19850-5298
23545301*      +Saint Joseph Hospital,    2900 North Lake Shore Dr,    Chicago IL 60657-6274
                                                                                              TOTALS: 2, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**                    **Signature:**    _Joseph Speetjens_