FOR COURT USE ONLY

**FILED & ENTERED**

**SEP 08 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** walter    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Tara Diane Aronson

Debtor

CHAPTER: 7

CASE NO.: 2:09-bk-11394-ER

DATE: August 10, 2009
TIME: 10:00 a.m.
CTRM: 1568
FLOOR: 15th

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
### (MOVANT: Christopher W. Aranson)

1. The Motion was:  ☒ Contested    ☐ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: In re The Marriage of: Tara D. Aronson, Petitioner, and Christopher W. Aronson, Respondent

    Docket number: BD 420 664

    Court or agency where pending: Los Angeles Superior Court, Central District, Dept. 46

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☐ Terminated as to Debtor(s) and Debtor's(s') estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☒ Modified or conditioned as set forth in Exhibit  A  to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or estate property.

6. **Limitations on Enforcement of Judgment:**  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* ____

| In re    (SHORT TITLE) | CHAPTER: |
|---|---|
| Debtor(s). | CASE NO.: |

7. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

   d. ☐ See attached continuation page for additional provisions.

                                ###

DATED: September 8, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* ____

| In re    (SHORT TITLE) | CHAPTER: |
|---|---|
| Debtor(s). | CASE NO.: |

# Exhibit A

The automatic stay is terminated with respect to the Debtor and the Debtor's estate for the limited purpose of permitting the Movant to return to the state court and seek to have entered therein an order making final the stipulated settlement agreement made on the record and accepted by the state court on October 2, 2008, pursuant to the authority of California Code of Civil Procedure Section 664.6.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* ____

| In re    (SHORT TITLE) | CHAPTER: |
|---|---|
| Debtor(s). | CASE NO.: |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 4, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David W Brody    dbrody@brody-law.com, knorris@brody-law.com
- Sam S Leslie    sleslie@ecf.epiqsystems.com, gbaltazar@lesliecpa.com
- Peter M Lively    PeterMLively2000@yahoo.com, PeterMLively2000@yahoo.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Barry R Wegman    barrywegman@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Lawrence C Meyerson
578 Washington Blvd Ste 867
Marina del Rey, CA 90292

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-10.NA**